```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**STEPHEN JON BALA**                                         PLAINTIFF

v.                        Civil No. 05-2075

**MIKE ALLEN**, Crawford
County Sheriff; **TERRY REA**,
Jail Administrator, Crawford
County Detention Center, **LT.
JOHN McALLISTER**; **CPL.
THEIL RIDDELL**; **JOHN DOE
DIETICIAN**; and **CHARLES WALL**,
Jail Nurse                                                   DEFENDANTS

## O R D E R

Now on this 25th day of January, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #23), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' Motion to Dismiss is hereby **granted** based upon plaintiff Bala's failure to comply with the order of the court and his failure to prosecute this action.

                                            **/s/Jimm Larry Hendren**
                                            **HON. JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**